UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KIM BLANDINO,

    Plaintiff

v.

DREW CROSS, et al.,

    Defendants

Case No.: 3:20-cv-00191-APG-WGC

**Order Denying Motion for Temporary Restraining Order**

[ECF No. 1-2]

    Plaintiff Kim Blandino filed an emergency motion for access to a law library at Lakes Crossing Center (LCC), where he was located when he filed his motion.  He also sought access to his legal materials that he had when he was detained at Clark County Detention Center before he was sent to LCC.  Although there were procedural irregularities associated with Blandino's filing, I ordered the Attorney General's Office to advise the court whether it would enter a limited notice of appearance on the defendants' behalf only for purposes of responding to the motion for temporary restraining order and if so, to file a response.

    The Attorney General responded by stating that Blandino is no longer at LCC, so his emergency motion is moot. ECF No. 6.  A document the court sent to Blandino at LCC was returned in the mail because Blandino is no longer there. ECF No. 5.  Because Blandino is no longer at LCC, his motion for emergency relief is moot, so I deny it.

    I THEREFORE ORDER that plaintiff Kim Blandino's emergency motion for immediate restraining order **(ECF No. 1-2) is DENIED as moot**.

    DATED this 20th day of April, 2020.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE