UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM BLANDINO,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>DREW CROSS, *et al.*,<br><br>　　　　　　　　　　Defendants | Case No.  3:20-cv-00191-APG-WGC<br><br>**ORDER** |

**I.    DISCUSSION**

On April 27, 2020, this Court received returned mail marked "not deliverable as addressed" from Lakes Crossing Center (LCC), 500 Galletti Way, Sparks, Nevada, 89431, the address Plaintiff provided in his Complaint filed at ECF No. 1-1 and in his Emergency Motion for Immediate Restraining Order filed at ECF No. 1-2.  (ECF No. 8). The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff **thirty (30) days** from the date of entry of this order to file his updated address with this Court.  If Plaintiff does not update the Court with his current address within **thirty (30) days** from the date of entry of this order, the Court will dismiss this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within **thirty (30) days** from the date of this order.

/ / /

/ / /

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: June 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE